IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JASON ELLIS
ADC #171287                                                                    PLAINTIFF

v.                          No: 2:20-cv-27-DPM

McNEARY, Captain, 2nd Shift
Guard, East Arkansas Regional
Unit; and EAST ARKANSAS
REGIONAL UNIT, ADC                                                           DEFENDANTS

## JUDGMENT

Ellis's complaint is dismissed without prejudice.

*signature*

D.P. Marshall Jr.
United States District Judge

27 March 2020